**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **KENNETH JONES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 26-2114-JAR-RES |
| | ) | |
| **LAWRENCE COUNTRY CLUB,** | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Plaintiff's Motion for Attorney Fees (Doc. 32), filed August 4, 2026, and the Stipulation on Plaintiff's Motion for Attorney Fees (Doc. 38), filed September 3, 2026. Having reviewed the motion and the stipulation, the Court hereby grants Plaintiff's motion (Doc. 32), and awards Plaintiff $22,500 in statutory attorney fees, and $690.00 in costs.

On July 21, 2026, Judgment was entered in Plaintiff's favor, following his acceptance of an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. Plaintiff's sole cause of action against Defendant was age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. §§621-634. The ADEA incorporates the remedies from the Fair Labor Standards Act, which allows the Court to award a prevailing plaintiff "a reasonable attorney's fee, to be paid by the defendant, and costs of the action." *See* 29 U.S.C. § 626(b); ¶216(b). Plaintiff is a prevailing party, because he accepted an offer of judgment, and judgment was entered in his favor. *See Dartez v. Peters*, 97 F.4th 681, 687, n.3 (10th Cir. 2024).

After Plaintiff filed his motion for attorney fees, the parties consulted pursuant to Local Rule 54.2. As a result of their consultation, the parties filed a stipulation, and asked the Court to "enter an Order granting Plaintiff $22,500.00 in statutory attorney fees and $690.00 in costs." The Court finds their stipulation to be reasonable, and finds no reason to disturb their stipulation.

Therefore, the Court orders the following:

Ralston Kinney, LLC, attorney for Plaintiff, is awarded $22,500.00 in attorney fees; and

Plaintiff is awarded $690.00 in costs.

These amounts shall be in addition to the sum stated in the Judgment in a Civil Case (Doc. 31), entered on July 21, 2026, and shall be paid by Defendant Lawrence County Club.

IT IS SO ORDERED.

Date: September 9, 2026

s/ Julie A. Robinson
Julie A. Robinson
United States District Judge